147 So. 456

### Roy M. JOHNSON v. CITY OF BIRMINGHAM et al.
### 6 Div. 348.

Supreme Court of Alabama.

April 6, 1933.

W. J. Wynn, T. A. McFarland, Nesbit & Sadler, and Evans Dunn, all of Birmingham, for petitioners.

Stokely, Scrivner, Dominick & Smith, of Birmingham, opposed.

PER CURIAM.

Petition of the City of Birmingham and Dunn Construction Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Johnson v. City of Birmingham et al., 147 So. 452.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.